UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL SKIPPER )<br>    Plaintiff )<br>)<br>)<br>)   CASE NO. 1:20-CV-1506<br>v. )<br>)<br>CSX TRANSPORTATION INC )<br>    Defendant ) | |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Michael Skipper, by counsel, and for this cause of action against the Defendant, CSX Transportation, Inc., alleges and says:

1. That at all times relevant herein, the Defendant, CSX Transportation, Inc., a railroad corporation incorporated in Jacksonville, Florida with its principal office at 500 Water Street, Jacksonville, Florida, 32202 owned, operated, and maintained interstate transportation in Vanderburgh County, Indiana;

2. That on or about June 9, 2017, the Plaintiff, Michael Skipper, who was a resident of the State of Georgia and was employed by Defendant, CSX Transportation, Inc.;

3. That on or about June 9, 2017, the Plaintiff, Michael Skipper, was transported by CSX Transportation, Inc. to his assigned work location in Vanderburgh County, in the State of Indiana;

4. That on or about June 9, 2017, the Plaintiff, Michael Skipper, became incapacitated while on the job with CSX Transporation, Inxc. at his assigned work location in Vanderburgh County, in the State of Indiana;

5. That on or about June 9, 2017, Plaintiff, Michael Skipper, was an employee of CSX Transportation, Inc. who owed a duty to Plaintiff once he become incapacitated while on the job and did not receive adequate medical attention or care and was not transported to a local hospital in a timely manner resulting in serious injuries to Michael Skipper.

6. That the proximate cause of the aforementioned injury was negligence on the part of the Defendant.

7. That as a result of Defendant's negligence, the Plaintiff, Michael Skipper, sustained injuries and damages including, but not limited to injuries to his person, pain and suffering future pain and suffering, medical expenses, lost wages, future lost wages and inability to live a normal life.

WHEREFORE, the Plaintiff, Michael Skipper, respectfully requests the Court to enter a judgment against the Defendant/s in an amount of $750,000.00 or an amount which will adequately compensate him for his injuries and damages, for costs of this action, for pre-judgment, interest, and for all other just and necessary relief proper in the premises.

Respectfully Submitted:
/s/John P. Nichols

_____
John P. Nichols - Attorney No. 10357-84
Attorney for Plaintiff

ANDERSON & NICHOLS
300 Ohio Street
Terre Haute, IN 47807
(812) 234-7777
(812) 234-7779 - Fax

### REQUEST FOR JURY TRIAL

The Plaintiff requests a jury trial on all issues in this cause of action.

/s/John P. Nichols

_____
John P. Nichols - Attorney No. 10357-84
Attorney for Plaintiff